MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MARK JACOBSON, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 07-0568 MHP <br><br> PARTIES' JOINT REQUEST TO CONTINUE STATUS HEARING DATE AND [PROPOSED] ORDER |

    It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas F. Carlucci, that, subject to the Court's approval, the status hearing presently set for September 5, 2012, be continued and set for a status hearing on January 23, 2013, at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date.

    The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24, 2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets, gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371. The case was referred to the

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC

Probation Office for a presentence report. The plea agreement also includes standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the status hearing on September 5, 2012, be continued for a status hearing on January 23, 2013, at 2:30 p.m. Additional time is needed for the defendant to complete his cooperation with the government, and, accordingly, this matter is not yet ready to proceed to sentencing. Specifically, charges have been filed against an alleged co-conspirator of the defendant, David Nosal. The <u>Nosal</u> case is numbered CR 08-0237 EMC. The <u>Nosal</u> case has been on appeal. Earlier this month, the mandate of the Ninth Circuit issued, and the parties in the <u>Nosal</u> case are scheduled to appear for a status conference on August 29, 2012. The United States anticipates that a trial date will be set at that time, or shortly thereafter. The defendant Jacobson is expected to testify in that trial. Because Mr. Jacobson will be required to testify at trial, his cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for September 5, 2012, and set a status hearing for January 23, 2013, at 2:30 p.m.

SO STIPULATED.

Dated: August 13, 2012         MELINDA HAAG
                               United States Attorney


                                      /s/
                               KYLE F. WALDINGER
                               Assistant United States Attorney


Dated: August 13, 2012                /s/
                               THOMAS F. CARLUCCI
                               Attorney for defendant Mark Jacobson

## [PROPOSED] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for September 5, 2012, is vacated.

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC                          -2-

The parties are ordered to appear for a status hearing on January 23, 2013, at 2:30 p.m.

Dated this \_\_\_\_ 13th day of August, 2012

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Edward M. Chen

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC -3-