MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK JACOBSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 07-0568 MHP <br><br> PARTIES' JOINT REQUEST TO CONTINUE STATUS HEARING DATE AND [P~~ROPO~~SED] ORDER |

     It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas F. Carlucci, that, subject to the Court's approval, the status hearing presently set for January 23, 2013 be continued and set for a sentencing hearing on June 26, 2013 at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date.

     The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24, 2007 to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets, gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371. The case was referred to the Probation Office for a presentence report. The plea agreement also includes standard terms of cooperation.

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC

| | |
|---|---|
| 1 | In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the status hearing on January 23, 2013 be continued for a sentencing hearing on June 26, 2013 at 2:30 p.m. Additional time is needed for the defendant to complete his cooperation with the government, and, accordingly, this matter is not yet ready to proceed to sentencing. Specifically, charges have been filed against an alleged co-conspirator of the defendant, David Nosal. The <u>Nosal</u> case is numbered CR 08-0237 EMC. The Court has set a trial date of April 8, 2013 for the <u>Nosal</u> case. The defendant Jacobson is expected to testify in that trial. Because Mr. Jacobson will be required to testify at trial, his cooperation with the government's investigation is not yet complete. |

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for January 23, 2013, and set a sentencing hearing for June 26, 2013, at 2:30 p.m. In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: January 2, 2013

MELINDA HAAG
United States Attorney

_/s/_
KYLE F. WALDINGER
Assistant United States Attorney

Dated: January 2, 2013

_/s/_
THOMAS F. CARLUCCI
Attorney for defendant Mark Jacobson

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC                              -2-

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for January 23, 2013 is vacated. The parties are ordered to appear for a sentencing hearing on June 26, 2013, at 2:30 p.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this  10th  day of January, 2013.



HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE